THE LAW OFFICE OF

# KEVIN MINTZER, P.C.

1350 BROADWAY, SUITE 2200
NEW YORK, NEW YORK 10018

KEVIN MINTZER

Tel: 646-843-8180
Fax: 646-478-9768
km@mintzerfirm.com

June 9, 2020

<u>VIA ECF</u>
Hon. Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Angelina Pivarnick v. The City of New York</u> et al, 19 Civ. 5274

Dear Judge Gold:

  We represent Plaintiff Angelina Pivarnick in the above matter. The parties are scheduled to participate in a settlement conference with Your Honor on June 16, 2020 at 3:00 p.m. We understand from the City's counsel that the Court has been conducting such conferences by telephone. However, if possible, Plaintiff's preference would be to use a videoconference system, as we believe it is more conducive to a successful mediation. Defendant consents to this request.

            Respectfully submitted,

            Kevin Mintzer

cc: Counsel of Record (via ECF)