UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ANGELINA PIVARNICK,

                         Plaintiff,

   - against -

THE CITY NEW YORK and
JONATHAN SCHECHTER,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

19 Civ. 5274 (RPK) (SMG)

NOTICE OF
VOLUNTARY DISMISSAL

     PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Angelina Pivarnick voluntarily dismisses this Action against Defendant Jonathan Schechter. This dismissal is without prejudice.

Dated: New York, New York
         October 9, 2020

                       THE LAW OFFICE OF
                       KEVIN MINTZER, P.C.

              By: _____
                     Kevin Mintzer
                     1350 Broadway, Suite 1400
                     New York, New York 10018
                     Tel: (646) 843-8180
                     Fax: 646-478-9768
                     km@mintzerfirm.com

                     HARRISON, HARRISON &
                     ASSOCIATES, LTD

                     By: David Harrison
                     110 State Highway 35, Suite 10 Red Bank,
                     New Jersey 07701
                     Tel: (718)799-9111
                     dharrison@nynjemploymentlaw.com

                     Attorneys for Plaintiff Angelina Pivarnick